```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10743
    ANNIE M WEBB
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7172


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/30/2008 and was not confirmed.

    The case was dismissed without confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
EMC MORTGAGE              CURRENT MORTG          .00           .00           .00
EMC MORTGAGE              MORTGAGE ARRE          .00           .00           .00
CREDIT MANAGEMENT INC     UNSEC W/INTER    NOT FILED           .00           .00
HELLER & FRISONE          UNSEC W/INTER    NOT FILED           .00           .00
NATIONWIDE CREDIT CO      UNSEC W/INTER    NOT FILED           .00           .00
NCO FINANCIAL GROUP       UNSEC W/INTER    NOT FILED           .00           .00
B-REAL LLC                UNSEC W/INTER       443.46           .00           .00
PROFFESSIONAL ACCOUNT MG  UNSEC W/INTER    NOT FILED           .00           .00
JULIUS WASHINGTON         NOTICE ONLY      NOT FILED           .00           .00
PALLINO RECEIVABLES III,  UNSEC W/INTER      2457.81           .00           .00
EMC MORTGAGE              NOTICE ONLY      NOT FILED           .00           .00
B-REAL LLC                UNSEC W/INTER       320.45           .00           .00
ASSOCIATES                UNSEC W/INTER     12225.71           .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       31.50            .00         31.50
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                       414.70
TOM VAUGHN                TRUSTEE                                          38.80
DEBTOR REFUND             REFUND                                             .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    485.00

PRIORITY                                         31.50
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  414.70
TRUSTEE COMPENSATION                             38.80
DEBTOR REFUND                                      .00
                          ---------------    ---------------
TOTALS                     485.00                485.00



                  PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 10743 ANNIE M WEBB
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 10743 ANNIE M WEBB